# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1073. JAMES ADAMS, JR v. THE STATE.**

James Adams, Jr. was convicted of armed robbery and theft of a motor vehicle, and we affirmed his convictions on appeal in an unpublished decision. See *Adams v. State*, Case No. A01A1121 (decided October 2, 2001). Adams filed an Extraordinary Motion for a New Trial and subsequently amended that motion. On September 27, 2019, the trial court entered an order denying his motion as amended. On November 12, 2019, Adams filed this appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Adams's notice of appeal was untimely filed 46 days after the entry of the order he seeks to appeal. Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/21/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*